UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIMOTHY LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV623-038 |
| ) | |
| WARDEN JACOB ) | |
| BEASLEY, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 25), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. (Doc. no. 25.) Long's Emergency Motion is DENIED. (Doc. no. 17.) The Magistrate Judge's instruction to Long to file an amended complaint remains pending. (Doc. no. 25 at 9-10.)

ORDER ENTERED at Augusta, Georgia, this 20th day of September, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA