AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TIMOTHY LONG

v.

WARDEN JACOB BEASLEY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:23-cv-00038

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed November 8, 2024, the Magistrate Judge's Report and Recommendation is adopted. Plaintiff's Amended Complaint is dismissed. This case stands closed.



11/8/2024
Date

John E. Triplett, Clerk of Court
Clerk

*Ann Duke*
(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020